**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MA LOURDES GONZALEZ,** | § | **CIVIL ACTION** |
| **LOURDES RODRIGUEZ DE** | § | |
| **GONZALEZ, LESLYLE GONZALEZ,** | § | **NO. 5:20-cv-37** |
| **CYNTHIA GONZALEZ,** | § | |
| **LAURA GATICA, and** | § | **JUDGE** |
| **ROBERTO GONZALEZ ANCIRA,** | § | |
| **INDIVIDUALLY AND AS** | § | **MAGISTRATE JUDGE** |
| **REPRESENTATIVE OF THE ESTATE** | § | |
| **OF ROBERTO GONZALEZ JR.** | § | |
|     *Plaintiffs*, | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **JIT TRANSPORT LLC,** | § | |
| **ASHIRWAD GROUP LLC,** | § | |
| **GERMAN RIOS JR., INDIVIDUALLY,** | § | |
| **AND CARLOS SANCHEZ,** | § | |
| **INDIVIDUALLY AND D/B/A** | § | |
| **C&G TRUCKING, RAUL RAMIREZ, and** | § | |
| **WEEKS MARINE, INC.** | § | |
|     *Defendants*. | § | |

<u>**INDEX OF ALL FILINGS PURSUANT TO LOCAL RULE 81 AND**</u>
<u>**AS AN EXHIBIT TO THE NOTICE OF REMOVAL (R. Doc. 1)**</u>

| **Attachment 1** | **Pleadings and Executed Process Filed in the 341st Judicial District, Webb County, Texas, Cause No. 2020CVF00022D3** |
|---|---|
| | Plaintiff's Original Petition, Request for Disclosure, Lourdes Rodriguez de Gonzalez's First of Interrogatories to Defendants & Lourdes Rodriguez de Gonzalez's First Request for Production to Defendants |
| | Civil Case- Calendar Call Settings |
| | Citation to JLT Transport LLC |
| | Citation to Ashirwad Group LLC |
| | Citation to German Rios Jr. |
| | Citation to Carlos Sanchez |
| | Citation to Raul Ramirez |

|  | Citation to Weeks Marine |
|  | Citation to German Rios Jr. & Carlos Sanchez Collectively d/b/a C & G Trucking |
|  | Affidavit of Personal Service to Weeks Marine, Inc. |
|  | Affidavit of Service to Raul Ramirez |
|  | Process Server's Return on Carlos Sanchez |
|  | Affidavit of Service of German Rios Jr. & Carlos Sanchez Collectively d/b/a C & G Trucking |
|  | Process Server's Return on German Rios |
| **Attachment 2** | **Docket Sheet** |
| **Attachment 3** | **List of All Counsel of Record** |

Respectfully submitted,

*/s/ Jennifer A. David*

JEFFERSON R. TILLERY (SDTX #295817)
C. BARRETT RICE (SDTX #815456)
JENNIFER A. DAVID (SDTX #3229371)
JONES WALKER LLP
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000/Fax:  (504) 589-8448
E-Mail:          jtillery@joneswalker.com
                     brice@joneswalker.com
                     jdavid@joneswalker.com


JUSTIN P. QUIN (TX Bar No. 24103893)
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 437-1877/ Fax: (713) 437-1949
E-Mail:          jquin@joneswalker.com

***Attorneys for Defendant, Weeks Marine, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by hand, electronic filing, email and/or depositing a copy of same in the U.S. mail, postage prepaid and properly addressed this 9th day of March, 2020.

/s/ Jennifer A. David
JENNIFER A. DAVID

# ATTACHMENT 1

Filed
1/31/2020 12:26 PM
Esther Degollado
District Clerk
Webb District
Serenidad Diaz
2020CVF000220D3

CAUSE NO. _____

| | |
|---|---|
| MA LOURDES GONZALEZ INDIVIUALLY, § | IN THE DISTRICT COURT |
| LOURDES RODRIGUEZ DE § | |
| GONZALEZ INDIVIUDALLY, § | |
| LESLYLE GONZALEZ INDIVIDUALLY, § | |
| CYNTHIA GONZALEZ INDIVIDUALLY, § | |
| LAURA GATICA INDIVIDUALLY § | |
| ROBERTO GONZALEZ ANCIRA § | |
| INDIVIDUALLY & AS REPRESENTATIVE § | |
| OF ESTATE OF ROBERTO GONZALEZ JR. § | |
| *Plaintiffs,* § | |
| § | |
| V. § | _____ JUDICIAL DISTRICT |
| § | |
| JIT TRANSPORT LLC., § | |
| ASHIRWAD GROUP LLC, § | |
| GERMAN RIOS JR. INDIVIDUALLY, § | |
| & CARLOS SANCHEZ INDIVIDUALLY, & § | |
| D/B/A C & G TRUCKING, § | |
| RAUL RAMIREZ, & WEEKS MARINE, INC. § | |
| *Defendants.* § | WEBB COUNTY, TEXAS |

---

**PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MA LOURDES GONZALEZ, LOURDES RODRIGUEZ DE GONZALEZ, LESLYLE GONZALEZ, CYNTHIA GONZALEZ, LAURA GATICA, ROBERTO GONZALEZ ANCIRA ("Plaintiffs"), in the above-entitled civil action, and file this Original Petition, Request for Disclosure, First Set of Interrogatories to Defendants and First Request for Production to Defendants, complaining of Defendants, JIT TRANSPORT LLC, ASHIRWAD GROUP LLC, GERMAN RIOS JR., CARLOS SANCHEZ, C & G TRUCKING, RAUL RAMIREZ, & WEEKS MARINE, INC., (collectively, "Defendants"), and for their causes of action would respectfully show unto the Court the following:

## I.   AMOUNT IN CONTROVERSY

Page 1 of 19

A True copy of the original. I certify,
the **6th** day of **March**, 20 **20**
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law  Webb County. Texas
By _____ Deputy

1.      Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiffs seek monetary relief over $1,000,000.

## II.      DISCOVERY

2.      Pursuant to Rule 190.4 of the Texas Rules of Civil Procedure, discovery is intended to be conducted under level 3.

## III.      PARTIES

3.      A.      MA LOURDES GONZALEZ, Plaintiff in the above-styled numbered cause resides in Ramos Arizpe, Coahuila, Mexico.

B.      LOURDES RODRIGUEZ DE GONZALEZ, Plaintiff in the above-styled numbered cause resides in Ramos Arizpe, Coahuila, Mexico.

C.      LESLYLE GONZALEZ, Plaintiff in the above-styled numbered cause resides in Ramos Arizpe, Coahuila, Mexico.

D.      CYNTHIA GONZALEZ, Plaintiff in the above-styled numbered cause resides in Ramos Arizpe, Coahuila, Mexico.

E.      LAURA GATICA, Plaintiff in the above-styled numbered cause resides in Ramos Arizpe, Coahuila, Mexico

F.      ROBERTO GONZALEZ ANCIRA, Plaintiff in the above-styled numbered cause resides in Ramos Arizpe, Coahuila, Mexico and brings this wrongful-death and survival action as the parent and on behalf of the estate Decedent ROBERTO GONZALEZ JR., who at the time of death, was a resident of Texas.  Currently no administration is pending and none is necessary.  *See Shepard v. Ledford,* 962 SW2d 28, 31-32 (Tex. 1998)

G.      JIT TRANSPORT LLC, Defendant in the above styled numbered cause is a limited liability company organized and existing under the laws of Texas, doing business in the State of Texas, and may be served with process pursuant to sections 5.201 and 5.255 of the Texas Business

Organizations Code, by serving its registered agent, Shetul B. Muchhala, 101 West Del Mar, Suite

5E, Laredo, Texas 78041 via private process.

      H.     ASHIRWAD GROUP LLC, Defendant in the above styled numbered cause is a

limited liability company organized and existing under the laws of Texas, doing business in the

State of Texas, and may be served with process pursuant to sections 5.201 and 5.255 of the Texas

Business Organizations Code, by serving its registered agent, Shetul B. Muchhala, 101 West Del

Mar, Suite 5E, Laredo, Texas 78041 via private process.

      I.     GERMAN RIOS JR. & CARLOS SANCHEZ collectively D/B/A C & G TRUCK-

ING, Defendant (hereinafter C & G) in the above styled numbered cause is a general partnership

which has filed with Webb County an assumed name certificate of ownership as C & G Trucking,

does business in the State of Texas, and may be served with process by serving the general partners,

German Rios Jr., 1717 B Cortez, Laredo, Texas 78043 and Carlos Sanchez Jr., 4019 Santa Cleo-

tilde, Laredo, Texas, 78041 via private process.

      J.     GERMAN RIOS JR, Defendant in the above styled numbered cause is an individ-

ual who resides in Laredo, Webb County, Texas and may be served with process at 1717 B Cortez,

Laredo, Texas 78043 or wherever he may be found via private process.

      K.     CARLOS SANCHEZ, Defendant in the above styled numbered cause is an indi-

vidual who resides in Laredo, Webb County, Texas and may be served with process at 4019 Santa

Cleotilde, Laredo, Texas, 78041 or wherever he may be found via private process.

      L.     RAUL RAMIREZ, Defendant in the above styled numbered cause is an individual

who resides in Brookshire, Fort Bend County, Texas and may be served with process at 36215

County Line Road, Brookshire, Texas, 77423 or wherever he may be found via private process.

      M.     WEEKS MARINE, INC., Defendant in the above styled numbered cause is a cor-

poration organized and existing under the laws of New Jersey, doing business in the State of Texas,

and may be served with process pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code, by serving its registered agent, Thomas P Boynton 11011 Richmond Avenue, Suite 650, Houston, Texas 77042 via private process.

## IV.    JURISDICTION AND VENUE

4.    The subject matter in controversy is within the jurisdictional limits of this court.

5.    This court has jurisdiction over the parties because DEFENDANT CARLOS SANCHEZ, DEFENDANT GERMAN RIOS JR., DEFENDANT RAUL RAMIREZ were Texas residents at the time the cause of action accrued.

6.    This Court has jurisdiction over Defendant WEEKS MARINE, INC., because said Defendant purposefully availed itself of the privilege of conducting activities in the State of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Defendant WEEKS MARINE, INC., will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

7.    Plaintiff would show that the causes of action specified herein arose from or relate to the contacts of Defendant WEEKS MARINE, INC., to the State of Texas, the existence of which confers upon this Court specific jurisdiction over said Defendant.

8.    Furthermore, Plaintiff would show that Defendant WEEKS MARINE, INC., engaged in activities constituting business in the State of Texas, as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that it: (1) contracted by mail or otherwise with a Texas resident, wherein a party to such contract incurred an obligation to tender performance, in whole or in part, within this state; (2) committed a tort, in whole or in part, in this state; and (3) recruited Texas residents, including but not limited to Defendant RAUL RAMIREZ, directly or through an intermediary located in this state, for employment inside or outside this state.

9.      The Court has jurisdiction over Defendant JIT TRANSPORT LLC as it is organized under the laws of the State of Texas and maintains its principal place of business in Laredo, Webb County, Texas.

10.     The Court has jurisdiction over Defendant ASHIRWAD GROUP LLC as it is organized under the laws of the State of Texas and maintains its principal place of business in Laredo, Webb County, Texas.

11.     The Court has jurisdiction over GERMAN RIOS JR. & CARLOS SANCHEZ D/B/A C & G TRUCKING as it operates as a general partnership doing business in Texas and has filed with Webb County an assumed name certificate of ownership evidencing both Defendant GERMAN RIOS JR. & CARLOS SANCHEZ as general partners and residents of Texas.

12.     Venue is proper in Webb County, Texas, pursuant to §§15.001 & 15.002(a) of the Texas Civil Practice and Remedies Code under one or more of the following facts:

      a.      German Rios Jr, a natural person, resided in Webb County at the time the cause of action accrued;

      b.      Carlos Sanchez, a natural person, resided in Webb County at the time the cause of action accrued;

      c.      JIT Transport LLC, a limited liability company, maintained its principal place of business in Webb County at the time the cause of action accrued;

      d.      Ashirwad Group LLC, a limited liability company, maintained its principal place of business in Webb County at the time the cause of action accrued;

      e.      German Rios Jr. and Carlos Sanchez collectively d/b/a C & G Trucking, a general partnership, maintained its principal place of business in Webb County at the time the cause of action accrued

      f.      Jurisdiction is proper in this Court because Plaintiffs are entitled to damages in excess of the minimum jurisdiction of this Court. Specifically, Plaintiffs seek monetary relief over one million dollars ($1,000,000.00).

## V.      FACTS OF THE CASE

13.     This is a lawsuit for wrongful death damages brought by the surviving family members of the Decedent pursuant to the provisions of Chapter 71 of the Texas Civil Practice & Remedies Code and the legion of Texas cases interpreting liability and damages under said law.  *TXI Transportation Co. v. Hughes*, 224 S. W. 3d 870 (Tex. App. — Ft. Worth 2007); *Borth v. Charley's Concrete Co., Inc.*, 139 S. W. 3d 391 (Tex. App. — Ft. Worth 2004); *Star Enterprise v. Marze*, 61 S. W. 3d 449 (Tex. App. — San Antonio 2001).  Injuries to the familial relationship are significant and are worthy of compensation because our courts place a high value on human life.  *Sanchez v. Schindler*, 651 S. W. 2d 249 (Tex. 1983); *Borth*, 139 S. W. 3d at 396.

14.     On January 27, 2020, Decedent ROBERTO GONZALEZ JR. drove a 2006 Freightliner owned by Defendant CARLOS SANCHEZ and GERMAN RIOS JR. which was leased to or under the exclusive control of Defendant JIT TRANSPORT LLC from Laredo, Texas to Topsail Beach, North Carolina.  Decedent ROBERTO GONZALEZ JR.'s Freightliner had a flatbed trailer attached to it which was owned by Defendant ASHIRWAD GROUP LLC.  The flatbed trailer had several long, large metal pipelines stacked on it for transport between Laredo, Texas to Topsail Beach, North Carolina.  The pipelines were to be delivered to a construction site operated by Defendant WEEKS MARINE, INC for the town of Topsail Beach's Channel Dredging and Beach Nourishment Project.

14.     At all times, Decedent ROBERTO GONZALEZ JR. was in the course and scope of his employment with JIT Transport LLC and C & G Trucking as a commercial motor vehicle driver employed to transport material or cargo in interstate commerce.  As part of his employment, Decedent ROBERTO GONZALEZ JR. was not responsible for loading or unloading transported materials or cargo.

15.     After arriving to the construction site operated by Defendant WEEKS MARINE INC., Decedent ROBERTO GONZALEZ JR. safely parked his vehicle at the intersection of Drum Avenue

& Ocean Boulevard and waited for Defendant WEEKS MARINE INC.'s employees or agents to unload the dangerous metal pipeline cargo.  Defendant RAUL RAMIREZ worked as a flagger for WEEKS MARINE INC. and was tasked with assisting to unload the dangerous metal pipelines from the flatbed trailer.  In order to accomplish this, Defendant WEEKS MARINE INC. instructed another employee, Donny McLeod, to operate a 966 Caterpillar front end loader with a forest machine grapple attachment even though this attachment is not made for the unloading and transportation of 3,000 lb metal pipelines.  Defendant RAUL RAMIREZ was assigned the specific job to ensure the construction site safety of all those around by indicating to Donny McLeod when the pipeline was "secure" in the forest machine grapple attachment and safe to maneuver down the road.  As Donny McLeod removed the fifth pipe using the 966 Caterpillar front end loader, he heard Defendant RAUL RAMIREZ yell as the sixth 3,000 lb. metal pipe fell off the flatbed trailer onto Decedent ROBERT GONZALEZ Jr.'s person which killed him.   Defendant RAUL RAMIREZ failed in his duty to ensure the pipeline left on the flatbed trailer was secure before directing Donny McLeod to maneuver the front end loader down the street and away from the trailer.  At all times Defendant RAUL RAMIREZ was in the course and scope of his employment with Defendant WEEKS MARINE INC.

16.     Upon information and belief, Defendant ASHIRWAD GROUP LLC loaded the large metal pipeline in an unsafe, unstable manner and allowed the same to be transported in interstate commerce.  The flatbed trailer was not equipped with the necessary pipe stakes to ensure that the pipeline would roll off the flatbed trailer during the unloading process.  Further, the distribution of weight of the pipeline after loading was improper and the height of the load exceeded that allowed by state and federal rules and regulations.

17.     Upon information and belief, Defendant JIT TRANSPORT LLC and C & G TRUCKING did not provide any safety equipment, training, or policies as to the transportation, delivery, and

unloading of the pipeline.  Upon information and belief, Defendant JIT TRANSPORT LLC and C
& G TRUCKING loaded the large metal pipeline in an unsafe, unstable manner and allowed the
same to be transported in interstate commerce.  The flatbed trailer was not equipped with the nec-
essary pipe stakes to ensure that the pipeline would not roll off the flatbed trailer during the un-
loading process.  Further, the distribution of weight of the pipeline after loading was improper and
the height of the load exceeded that allowed by state and federal rules and regulations.

## VI.    NEGLIGENCE AS TO DEFENDANT RAUL RAMIREZ

18.    The occurrence made the basis of this suit and the resulting injuries and damages were
proximately caused by the negligent conduct and activity of Defendant RAUL RAMIREZ in one
or more of the following respects:

   a.    In failing to keep such lookout as a person of ordinary prudence would have kept
         under the same or similar circumstances;

   b.    In failing to ensure the remaining metal pipelines were secure on the flatbed trailer;

   c.    In failing to ensure the front-end loader was safe to maneuver away from the flatbed
         trailer;

   d.    In failing to warn;

   e.    In failing to make sure the front-end loader and all equipment, including were in
         safe condition to operate at the construction site; and

   f.    In failing to use the appropriate attachment for the 966 Caterpillar front end loader.

## VII.   NEGLIGENCE AS TO DEFENDANT JIT TRANSPORT LLC

19.    Defendant JIT TRANSPORT LLC hired Decedent ROBERTO GONZALEZ JR. as a com-
mercial motor vehicle driver to transport materials and cargo in interstate commerce.  Defendant
JIT TRANSPORT LLC owed a duty to Decedent ROBERTO GONZALEZ JR. to furnish him
safety equipment for the delivery of cargo to construction sites.  Further, Defendant JIT
TRANSPORT LLC owed a duty to train, instruct, and supervise Decedent as to the delivery and
unloading of the metal pipeline. Defendant JIT Transport LLC had a duty to ensure that the flatbed

trailer was equipped with the necessary pipe stakes so that the pipeline would not roll off the flat-bed trailer during the unloading process.  Further Defendant JIT Transport LLC had a duty ensure that the distribution of weight of the pipeline after loading was proper and the height of the load did not exceed that allowed by state and federal rules and regulations.

20.     Defendant JIT TRANSPORT LLC's acts and omissions, as complained of by Plaintiffs herein, are a proximate cause of Plaintiffs' damages, which are the natural, probable, and foresee-able consequences of Defendant JIT TRANSPORT LLC's said acts and omissions.

## VIII.   DEFENDANT JIT TRANSPORT LLC AS NON-SUBSCRIBER

21.     Defendant JIT TRANSPORT LLC is a non-subscriber to the Workers' Compensation Act, and in accordance with Tex. Lab. Code § 406.033 (a) In an action against an employer who does not have workers' compensation insurance coverage to recover damages for personal injuries or death sustained by an employee in the course and scope of the employment, it is not a defense that:

> (1) the employee was guilty of contributory negligence;
>
> (2) the employee assumed the risk of injury or death; or
>
> (3) the injury or death was caused by the negligence of a fellow employee.

22.     Plaintiffs are only required to prove one percent (1%) negligence on the part of Defendant JIT TRANSPORT LLC to recover all related damages against Defendant JIT TRANSPORT LLC. Plaintiffs will show that all of the foregoing acts of negligence, commission or omission, or both, separately and collectively, were the proximate causes of the occurrences that form the basis of this suit.

## IX.   NEGLIGENCE AS TO DEFENDANT GERMAN RIOS JR. & CARLOS SANCHEZ COLLECTIVELY D/B/A C & G TRUCKING

23.     Defendant GERMAN RIOS JR. & CARLOS SANCHEZ collectively D/B/A C & G TRUCKING hired Decedent ROBERTO GONZALEZ JR. as a commercial motor vehicle driver

to transport materials and cargo in interstate commerce. Defendant GERMAN RIOS JR. & CAR-

LOS SANCHEZ collectively D/B/A C & G TRUCKING owed a duty to Decedent ROBERTO

GONZALEZ JR. to furnish him safety equipment for the delivery of cargo to construction sites.

Further, Defendant GERMAN RIOS JR. & CARLOS SANCHEZ collectively D/B/A C & G

TRUCKING owed a duty to train, instruct, and supervise Decedent as to the delivery and unload-

ing of the metal pipeline. Defendant GERMAN RIOS JR. & CARLOS SANCHEZ collectively

D/B/A C & G TRUCKING had a duty to ensure that the flatbed trailer was equipped with the

necessary pipe stakes so that the pipeline would not roll off the flatbed trailer during the unloading

process. Further Defendant GERMAN RIOS JR. & CARLOS SANCHEZ collectively D/B/A C

& G TRUCKING had a duty ensure that the distribution of weight of the pipeline after loading

was proper and the height of the load did not exceed that allowed by state and federal rules and

regulations.

24.      Defendant GERMAN RIOS JR. & CARLOS SANCHEZ collectively D/B/A C & G

TRUCKING's acts and omissions, as complained of by Plaintiffs herein, are a proximate cause of

Plaintiffs' damages, which are the natural, probable, and foreseeable consequences of Defendant

GERMAN RIOS JR. & CARLOS SANCHEZ collectively D/B/A C & G TRUCKING's said acts

and omissions.

## X.      DEFENDANT GERMAN RIOS JR. & CARLOS SANCHEZ COLLECTIVELY D/B/A C & G TRUCKING AS NON-SUBSCRIBER

25.      Defendant C & G TRUCKING is a non-subscriber to the Workers' Compensation Act, and

in accordance with Tex. Lab. Code § 406.033 (a) In an action against an employer who does not

have workers' compensation insurance coverage to recover damages for personal injuries or death

sustained by an employee in the course and scope of the employment, it is not a defense that:

> (1) the employee was guilty of contributory negligence;

> (2) the employee assumed the risk of injury or death; or

(3) the injury or death was caused by the negligence of a fellow employee.

26.     Plaintiffs are only required to prove one percent (1%) negligence on the part of Defendant C & G TRUCKING to recover all related damages against Defendant C & G TRUCKING. Plaintiffs will show that all of the foregoing acts of negligence, commission or omission, or both, separately and collectively, were the proximate causes of the occurrences that form the basis of this suit.

### XI.     CAUSES OF ACTION AS TO DEFENDANT WEEKS MARINE INC

*A.     RESPONDEAT SUPERIOR*

27.     Defendant WEEKS MARINE INC is liable to Plaintiffs for the negligent acts of Defendant-Operator RAMIREZ because at the time of the incident described above, Defendant RAMIREZ was the agent, servant and/or employee of Defendant WEEKS MARINE INC, and was acting within the scope of his authority as such agent, servant and/or employee. A Defendant employer will face liability for the negligent torts of its employee if (1) a Plaintiff is injured as the result of a tort; (2) the tortfeasor was an employee of the Defendant, and (3) the tort was committed while the employee was acting within the scope of his employment. *Baptist Mem'l. Hosp. v. Sampson*, 969 S. W. 2d 945, 947 (Tex. 1998) (elements 1-3). A tort is committed while the employee is acting within the scope of his or her employment, and he or she was acting (1) within the employee's general authority, (2) in furtherance of the Defendant's business, and (3) for the accomplishment of the object for which the employee was hired. *Minyard Food Stores v. Goodman,* 80 S.W. 3d 573, 577 (Tex. 2002) (element 3); *Mata v. Andrews Transp.*, 900 S.W. 2d 363, 366 (Tex. App. — Houston [14 th Dist.] 1995, no writ) (element 3).

28.     In the present case, Defendant WEEKS MARINE INC is liable for the tortious acts committed by Defendant RAMIREZ because Defendant RAMIREZ was an employee who was within

the course and scope of his employment working for Defendant WEEKS MARINE INC as a flag-

ger.  Specifically, on the day in question, Defendant RAMIREZ was acting within the course and

scope of his employment as a flagger and in furtherance of Defendant WEEKS MARINE INC's

business and was acting for the accomplishment of the object for which RAMIREZ was hired by

and/or for Defendant WEEKS MARINE INC.

### B.    NEGLIGENT ACTIVITY

29.    Defendant WEEKS MARINE INC was negligent in the unloading of the flatbed trailer.

Defendant WEEKS MARINE INC failed to ensure that all flatbed trailers maintained the appro-

priate pipe stakes to ensure safe unloading of the pipeline.  Defendant WEEKS MARINE INC was

negligent by instructing Defendant RAMIREZ to use an improper piece of machinery, namely the

forest machine grapple attachment for the 966 Caterpillar front end loader, to unload the dangerous

pipeline.

### C.    NEGLIGENT SUPERVISION, HIRING AND/OR RETENTION

30.    Defendant WEEKS MARINE INC was negligent in the hiring, retention and/or supervision

of Defendant RAMIREZ who was an employee of WEEKS MARINE INC at the time of the events

complained of in this suit.

31.    Specifically, Defendant WEEKS MARINE INC had a duty to hire, supervise and retain

Defendant RAMIREZ as an employee in accordance with all applicable state and federal safety

regulations.  Accordingly, Defendant WEEKS MARINE INC breached this duty in the following

ways:

      a.    Hiring Defendant RAMIREZ as an employee when a reasonably prudent operator
          or employer would not have done so;

      b.    Failing to properly supervise Defendant RAMIREZ by ensuring that he complied
          with all applicable federal and state safety regulations;

    c.    Retaining Defendant RAMIREZ in his capacity as a flagger in violation of applicable federal and state safety and regulations when a reasonably prudent operator or employers would not have.

32.    As a proximate cause of the Defendants' breaches of the above standards of care, Plaintiff has suffered substantial injury and damages in an amount within the minimum jurisdictional requirements of this Court.

### XII.   NEGLIGENCE AS TO DEFENDANT AS TO ASHIRWAD GROUP LLC

33.    Defendant ASHIRWAD GROUP LLC owned the flatbed trailer involved in the subject incident.  Defendant ASHIRWAD GROUP LLC had a duty to ensure the metal pipeline was load, secure, and safe for transportation and unloading upon delivery.  Defendant ASHIRWAD GROUP LLC failed in this duty by allowing an unsecure and unsafe load to be transported to North Carolina.  Defendant ASHIRWAD GROUP LLC had a duty to ensure that the flatbed trailer was equipped with the necessary pipe stakes so that the pipeline would not roll off the flatbed trailer during the unloading process.  Further Defendant ASHIRWAD GROUP LLC had a duty ensure that the distribution of weight of the pipeline after loading was proper and the height of the load did not exceed that allowed by state and federal rules and regulations.

34.    Defendant ASHIRWAD GROUP LLC's acts and omissions, as complained of by Plaintiffs herein, are a proximate cause of Plaintiffs' damages, which are the natural, probable, and foreseeable consequences of Defendant ASHIRWAD GROUP LLC's said acts and omissions

### XIII.  DAMAGES

*A.*    ***Wrongful Death Claim & Damages***

35.    MA LOURDES GONZALEZ is the surviving daughter of Decedent ROBERTO GONZALEZ JR.  As a result of the Defendants' negligence, carelessness and recklessness, MA LOURDES GONZALEZ has suffered losses by virtue of the destruction of the parent-child relationship, including the right to love, nurture and affection, solace, comfort, companionship, care, education,

guidance, society, emotional support and happiness. Plaintiff has suffered in the past and will likely suffer in the future wrongful death damages including mental anguish, loss of consortium, loss of companionship and society, pecuniary loss, and loss of inheritance.

36.     Further, MA LOURDES GONZALEZ has suffered severe mental depression and anguish; and substantial grief and sorrow as a result of the death of her father. Moreover, she is likely to continue to suffer long into the future. Accordingly, MA LOURDES GONZALEZ brings this wrongful death claim pursuant to Tex. Civ. Prac. & Rem. Code § 71.002 and 71.004 known as the Texas Wrongful Death statute.

37.     Further, Plaintiff MA LOURDES GONZALEZ further seeks exemplary damages under Tex. Civ. Prac. & Rem. Code § 41.003.

38.     LESLYLE GONZALEZ is the surviving daughter of Decedent ROBERTO GONZALEZ JR. As a result of the Defendants' negligence, carelessness and recklessness, LESLYLE GONZALEZ has suffered losses by virtue of the destruction of the parent-child relationship, including the right to love, nurture and affection, solace, comfort, companionship, care, education, guidance, society, emotional support and happiness. Plaintiff has suffered in the past and will likely suffer in the future wrongful death damages including mental anguish, loss of consortium, loss of companionship and society, pecuniary loss, and loss of inheritance.

39.     Further, LESLYLE GONZALEZ has suffered severe mental depression and anguish; and substantial grief and sorrow as a result of the death of her father. Moreover, she is likely to continue to suffer long into the future. Accordingly, LESLYLE GONZALEZ brings this wrongful death claim pursuant to Tex. Civ. Prac. & Rem. Code § 71.002 and 71.004 known as the Texas Wrongful Death statute.

40.     Further, Plaintiff LESLYLE GONZALEZ further seeks exemplary damages under Tex. Civ. Prac. & Rem. Code § 41.003.

41.     CYNTHIA GONZALEZ is the surviving daughter of Decedent ROBERTO GONZALEZ

JR.  As a result of the Defendants' negligence, carelessness and recklessness, CYNTHIA GON-

ZALEZ has suffered losses by virtue of the destruction of the parent-child relationship, including

the right to love, nurture and affection, solace, comfort, companionship, care, education, guidance,

society, emotional support and happiness.  Plaintiff has suffered in the past and will likely suffer

in the future wrongful death damages including mental anguish, loss of consortium, loss of com-

panionship and society, pecuniary loss, and loss of inheritance.

42.     Further, CYNTHIA GONZALEZ has suffered severe mental depression and anguish; and

substantial grief and sorrow as a result of the death of her father.  Moreover, she is likely to con-

tinue to suffer long into the future.  Accordingly, CYNTHIA GONZALEZ brings this wrongful

death claim pursuant to Tex. Civ. Prac. & Rem. Code § 71.002 and 71.004 known as the Texas

Wrongful Death statute.

43.     Further, Plaintiff CYNTHIA GONZALEZ further seeks exemplary damages under Tex.

Civ. Prac. & Rem. Code § 41.003.

44.     LAURA GATICA is the surviving spouse of Decedent ROBERTO GONZALEZ JR.  As

a result of the Defendants' negligence, carelessness and recklessness, LAURA GATICA has suf-

fered losses by virtue of the destruction of the spousal relationship, including the right to love,

nurture and affection, solace, comfort, companionship, care, education, guidance, society, emo-

tional support and happiness.

45.     Further, LAURA GATICA has suffered severe mental depression and anguish; and sub-

stantial grief and sorrow as a result of the death of her spouse.  Moreover, she is likely to continue

to suffer long into the future.  Accordingly, LAURA GATICA brings this wrongful death claim

pursuant to Tex. Civ. Prac. & Rem. Code § 71.002 and 71.004 known as the Texas Wrongful Death

statute.

46.     Further, Plaintiff LAURA GATICA further seeks exemplary damages under Tex. Civ. Prac. & Rem. Code § 41.003.

47.     LOURDES RODRIGUEZ DE GONZALEZ is the surviving mother of Decedent ROBERTO GONZALEZ JR.  As a result of the Defendants' negligence, carelessness and recklessness, LOURDES RODRIGUEZ DE GONZALEZ has suffered losses by virtue of the destruction of the parent-child relationship, including the right to love, nurture and affection, solace, comfort, companionship, care, education, guidance, society, emotional support and happiness.  Plaintiff has suffered in the past and will likely suffer in the future wrongful death damages including mental anguish and loss of consortium.

48.     Further, LOURDES RODRIGUEZ DE GONZALEZ has suffered severe mental depression and anguish; and substantial grief and sorrow as a result of the death of her son.  Moreover, she is likely to continue to suffer long into the future.  Accordingly, LOURDES RODRIGUEZ DE GONZALEZ brings this wrongful death claim pursuant to Tex. Civ. Prac. & Rem. Code § 71.002 and 71.004 known as the Texas Wrongful Death statute.

49.     Further, Plaintiff LOURDES RODRIGUEZ DE GONZALEZ further seeks exemplary damages under Tex. Civ. Prac. & Rem. Code § 41.003.

50.     ROBERTO GONZALEZ ANCIRA is the surviving father of Decedent ROBERTO GONZALEZ JR.  As a result of the Defendants' negligence, carelessness and recklessness, ROBERTO GONZALEZ ANCIRA has suffered losses by virtue of the destruction of the parent-child relationship, including the right to love, nurture and affection, solace, comfort, companionship, care, education, guidance, society, emotional support and happiness.  Plaintiff has suffered in the past and will likely suffer in the future wrongful death damages including mental anguish and loss of consortium.

51.     Further, ROBERTO GONZALEZ ANCIRA has suffered severe mental depression and anguish; and substantial grief and sorrow as a result of the death of his son.  Moreover, he is likely to continue to suffer long into the future.  Accordingly, ROBERTO GONZALEZ ANCIRA brings this wrongful death claim pursuant to Tex. Civ. Prac. & Rem. Code § 71.002 and 71.004 known as the Texas Wrongful Death statute.

52.     Further, Plaintiff ROBERTO GONZALEZ ANCIRA further seeks exemplary damages under Tex. Civ. Prac. & Rem. Code § 41.003.

***B.      Survival Claim & Damages***

53.     As a proximate result of the occurrence made basis of this suit, Decedent ROBERTO GON-ZALEZ JR. died on January 27, 2020, after being subjected to incomprehensible pain and suffer-ing.  Likewise, the Estate of ROBERTO GONZALEZ JR. has paid or incurred liability to pay a reasonable and customary charge for his funeral and burial and reasonable medical expenses.  Ac-cordingly, Defendant is liable to the Estate of ROBERTO GONZALEZ JR. for damages including conscious physical pain, pain and mental anguish, medical and funeral expenses, and knowledge of impending death within the jurisdictional limits of this Court.   Plaintiff ROBERTO GONZALEZ ANCIRA brings this suit on behalf of the Estate of ROBERTO GONZALEZ JR pursuant to Texas Civil Practice and Remedies Code Section 71.021 known as the Texas Survival Statute.

54.     Further, Plaintiff ROBERTO GONZALEZ ANCIRA brings this suit on behalf of the Estate of J. R. further seeks exemplary damages under Tex. Civ. Prac. & Rem. Code § 41.003.

## XIV.   <u>JURY DEMAND</u>

55.     Plaintiff demand a jury trial and have tendered the appropriate fee with the original petition.

## XV.    <u>REQUEST FOR DISCLOSURES</u>

56.    Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiffs requests that De-

fendants disclose within fifty (50) days after service of this Petition the information or material

described in Rule 194.2 as set forth therein.

### XVI.   ADDITIONAL DISCOVERY FILED WITH PETITION

57.    In accordance with the Texas Rules of Civil Procedure, Plaintiff LOURDES RODRIGUEZ

DE GONZALEZ is serving the following discovery upon Defendants in conjunction with Plain-

tiffs' Original Petition.  Defendants have fifty (50) days from the date of service to fully answer

and/or respond to the attached:

> Exhibit A:    Plaintiff LOURDES RODRIGUEZ DE GONZALEZ's First Set of
> Interrogatories to all Defendants; and
>
> Exhibit B:    Plaintiff LOURDES RODRIGUEZ DE GONZALEZ's First Request for
> Production to all Defendants.

### XVII.  JOINT AND SEVERAL LIABILITY

58.    The Defendants named herein are each jointly and severally liable to Plaintiffs for their

damages sustained as a result of the acts and omissions complained of in this suit.

### XVIII. PRAYER

59.    WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that Defendants

be cited to appear and answer herein, and that upon trial of this cause, Plaintiffs have judgment of,

from, and against Defendants, jointly and severally, for actual damages, to be determined by a fair

and impartial jury that has fully weighed the evidence and facts and delivered its verdict in accord-

ance with the Court's instructions, together with costs of suit, pre-judgment interest, post-judgment

interest, attorney fees, and for such other and further relief to which Plaintiff may show themselves

justly entitled.

> Respectfully submitted,
>
> **SADOVSKY & ELLIS, PLLC**

Page 18 of 19

8620 N. New Braunfels Ave. Suite 110
San Antonio, Texas 78217
Telephone: (210) 832-9090
Facsimile:  (210) 802-4131


By: */s/ Jon B. Ellis*_____
Jon B. Ellis
*State Bar No. 24080878*
Email: jon@sadovskyellis.com

&

**THE ARMSTRONG FIRM, PLLC**
Ron W. Armstrong II
*State Bar No. 24059394*
310 S. St. Mary's St. Ste 2700
San Antonio, Texas 78205
Telephone: (210) 277-0542
Facsimile:  (210) 277-0548
Email: rwaii@tafpllc.com

ATTORNEYS FOR PLAINTIFFS
MA LOURDES GONZALEZ
LOURDES RODRIGUEZ DE GONZALEZ &
ROBERTO GONZALEZ ANCIRA

**THE CARLSON LAW FIRM**
6243 I-10 #205
San Antonio, Texas 78201
Telephone: (210) 696-8600
Facsimile:  (210) 802-4131


By: */s/ Brantley W. White*_____
*State Bar No. 00789722*
Email: bwhite@whiteandcarlson.com
Steve S. Dummitt
*State Bar No. 24082936*
Email: sdummit@carlsonattorneys.com
Cynthia N. De Santiago
*State Bar No. 24090997*
cdesantiago@carlsonattorneys.com

ATTORNEYS FOR PLAINTIFFS
LESLYLE GONZALEZ
CYNTHIA GONZALEZ &
LAURA GATICA

Page 19 of 19



## HONORABLE BECKIE PALOMO
### State District Court Judge
341st JUDICIAL DISTRICT OF TEXAS
WEBB COUNTY JUSTICE CENTER
1110 Victoria Street, Suite 302
Laredo, Texas 78040-4439

## CIVIL CASE – CALENDAR CALL SETTINGS

RE: CAUSE NO:   2020CVF000220D3

STYLE:   MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE
GONZALEZ INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
INDIVIDUALLY, LAURA GATICA INDIVIDUALLY, ROBERTO GONZALEZ ANCIRA INDIVIDUALLY & AS
REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.
VS
JIT TRANSPORT LLC., ASHIRWAD GROUP LLC,  GERMAN RIOS JR. INDIVIDUALLY, & CARLOS
SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING, RAUL RAMIREZ, & WEEKS MARINE, INC

NOTICE that this case is **SET FOR CALENDAR CALL** on  04/15/2020 at 1:30 PM at the 341st District
Courtroom, 3rd Floor, Webb County Justice Center.

Calendar Call hearings will be in open Court and on the record before **JUDGE BECKIE PALOMO**.
Your presence is **MANDATORY** unless Counsel for Plaintiff(s) file a Joint Pre-Trial Guideline Order
(PTGO) with all counsels signatures on the PTGO.

You may download the PTGO at our website:
**http://www.webbcountytx.gov/DC341st/Links/civ_Jury%20PTGO.pdf**

Counsel for Plaintiff(s): if you do not appear for calendar call, your case may be dismissed for lack of prosecution.

Counsel for Defendant(s): if you do not appear for calendar call, a pre-trial guideline order may be
entered with or without your approval and/or signature.

Call the court for jury selection dates and pre-trial hearing dates. Keep in mind jury selection must be set
within the timeframes recommended by the Texas Supreme Court.

If there are any questions regarding this matter please feel free to call the court at the number below.

A True copy of the original. I certify
the _6th_ day of _March_ 20 _20_
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law  Webb County, Texas
By _____ Deputy

Sonia Vela
Civil Court Coordinator
Tel: (956) 523-4483
Fax: (956) 523-5055

SD

## ** Transmit Confirmation Report **

P.1
WEBB CO DISTRICT CLERK Fax:956-523-5121                Feb  4 2020 04:18pm

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912108024131 | Fine | 04,04:18pm | 0'39" | 1 | * O K | |



**HONORABLE BECKIE PALOMO**

State District Court Judge
341st JUDICIAL DISTRICT OF TEXAS
WEBB COUNTY JUSTICE CENTER
1110 Victoria Street, Suite 302
Laredo, Texas 78040-4439

### CIVIL CASE – CALENDAR CALL SETTINGS

RE: CAUSE NO:   2020CVF000220D3

STYLE:   MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE
GONZALEZ INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
INDIVIDUALLY, LAURA GATICA INDIVIDUALLY, ROBERTO GONZALEZ ANCIRA INDIVIDUALLY & AS
REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.
VS
JIT TRANSPORT LLC., ASHIRWAD GROUP LLC., GERMAN RIOS JR. INDIVIDUALLY, & CARLOS
SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING, RAUL RAMIREZ, & WEEKS MARINE, INC

NOTICE that this case is SET FOR CALENDAR CALL on 04/15/2020 at 1:30 PM at the 341st District
Courtroom, 3rd Floor, Webb County Justice Center.

Calendar Call hearings will be in open Court and on the record before JUDGE BECKIE PALOMO.
Your presence is MANDATORY unless Counsel for Plaintiff(s) file a Joint Pre-Trial Guideline Order
(PTGO) with all counsels signatures on the PTGO.

You may download the PTGO at our website:
http://www.webbcountytx.gov/DC341st/Links/civ_Jury%20PTGO.pdf

Counsel for Plaintiff(s): if you do not appear for calendar call, your case may be dismissed for lack of prosecution.

Counsel for Defendant(s): if you do not appear for calendar call, a pre-trial guideline order may be
entered with or without your approval and/or signature.

Call the court for jury selection dates and pre-trial hearing dates. Keep in mind jury selection must be set
within the timeframes recommended by the Texas Supreme Court.

If there are any questions regarding this matter please feel free to call the court at the number below.

Sonia Vela
Civil Court Coordinator
Tel: (956) 523-4483
Fax: (956) 523-5065

**SERVE**

2020CVF000220D3

### CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

| CALENDAR CALL HEARING SET FOR |
| 04/15/2020 AT 1:30PM |

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   JIT TRANSPORT LLC
      BY SERVING ITS REGISTERED AGENT SHETUL B. MUCHHALA
      101 WEST DEL MAR SUITE 5E
      LAREDO TX  78041

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:
      MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
      INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
      INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
      INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                              PLAINTIFFS
                              VS.
      JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
      & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING, RAUL RAMIREZ,
                   & WEEKS MARINE, INC., DEFENDANTS
Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
      JON B. ELLIS, ATTORNEY FOR PLAINTIFF
      8620 N. NEW BRAUNFELS AVE. SUITE 110
      SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.

          C L E R K   O F   C O U R T



                    ESTHER DEGOLLADO
                    WEBB COUNTY DISTRICT CLERK
                    P.O. BOX 667
                    LAREDO, TX 78042

          BY: _____ DEPUTY
                    Serenidad Diaz

2020CVF000220D3

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2020 at
_____      O'CLOCK      _____.M.      Executed      at
_____, within the COUNTY of _____
at      _____      O'CLOCK      _____.M.   on   the   _____   day   of
_____, 2020, by delivering to the within named **JIT
TRANSPORT LLC BY SERVING ITS REGISTERED AGENT SHETUL B.
MUCHHALA**, each, in person, a true copy of this citation together
with   the   accompanying   copy   of   the   petition,   having   first
attached such copy of such petition to such copy of citation and
endorsed on such copy of citation the date of delivery.

The   distance   actually   travelled   by   me   in   serving   such   process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

_____

SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____

DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

the ___6th___ day of __March__ 20 __20__

A True copy of the original. I certify.

ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law. Webb County, Texas
By: _____ Deputy

_____

NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

**RETURN**

2020CVF000220D3

CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

> CALENDAR CALL HEARING SET FOR
> 04/15/2020 AT 1:30PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   JIT TRANSPORT LLC
      BY SERVING ITS REGISTERED AGENT SHETUL B. MUCHHALA
      101 WEST DEL MAR SUITE 5E
      LAREDO TX  78041

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:

    MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
    INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
    INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                    PLAINTIFFS
                       VS.

JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
& CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING,  RAUL RAMIREZ,
            & WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
    JON B. ELLIS, ATTORNEY FOR PLAINTIFF
    8620 N. NEW BRAUNFELS AVE. SUITE 110
    SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.

            C   L   E   R   K       O   F       C   O   U   R   T



           ESTHER DEGOLLADO
           WEBB COUNTY DISTRICT CLERK
           P.O. BOX 667
           LAREDO, TX 78042

           BY: _____ DEPUTY
               Serenidad Diaz

2020CVF000220D3

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2020 at _____ O'CLOCK _____.M.   Executed   at _____, within the COUNTY of _____ at _____ O'CLOCK _____.M. on the _____ day of _____ , 2020, by delivering to the within named **JIT TRANSPORT LLC BY SERVING ITS REGISTERED AGENT SHETUL B. MUCHHALA**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB    }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES
_____

**SERVE**

2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

| CALENDAR CALL HEARING SET FOR |
| 04/15/2020 AT 1:30PM |

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   ASHIRWAD GROUP LLC
      BY SERVING ITS REGISTERED AGENT SHETUL B. MUCHHALA
      101 WEST DEL MAR SUITE 5E
      LAREDO TX  78041

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2020CVF000220D3, styled:

MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ INDIVIDUALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR., PLAINTIFFS

VS.

JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY, & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING, RAUL RAMIREZ, & WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
JON B. ELLIS, ATTORNEY FOR PLAINTIFF
8620 N. NEW BRAUNFELS AVE. SUITE 110
SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 5th day of February, 2020.

C L E R K   O F   C O U R T



ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
    Serenidad Diaz

2020CVF000220D3

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2020 at
_____ O'CLOCK _____.M. Executed at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2020, by delivering to the within named
**ASHIRWAD GROUP LLC BY SERVING ITS REGISTERED AGENT SHETUL B.
MUCHHALA**, each, in person, a true copy of this citation together
with the accompanying copy of the petition, having first
attached such copy of such petition to such copy of citation and
endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____

DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

A True copy of the original. I certify
the _6th_ day of _March_ 20 _20_          NOTARY PUBLIC
ESTHER DEGOLLADO                          MY COMMISSION EXPIRES
Clerk of the District Courts and
County Court at Law  Webb County. Texas
By: _____ Deputy

**RETURN**

2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

<div style="border:1px solid">

CALENDAR CALL HEARING SET FOR
04/15/2020 AT 1:30PM

</div>

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   ASHIRWAD GROUP LLC
      BY SERVING ITS REGISTERED AGENT SHETUL B. MUCHHALA
      101 WEST DEL MAR SUITE 5E
      LAREDO TX  78041

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE **341st District Court** of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:
    MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
     INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
     INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
    INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                          PLAINTIFFS
                            VS.
  JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
  & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING,  RAUL RAMIREZ,
                  & WEEKS MARINE, INC., DEFENDANTS
Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
      JON B. ELLIS, ATTORNEY FOR PLAINTIFF
      8620 N. NEW BRAUNFELS AVE. SUITE 110
      SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.



        C L E R K   O F   C O U R T

                    ESTHER DEGOLLADO
                    WEBB COUNTY DISTRICT CLERK
                    P.O. BOX 667
                    LAREDO, TX 78042
            BY: _____ DEPUTY
                    Serenidad Diaz

2020CVF000220D3

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2020 at
_____ O'CLOCK _____.M.   Executed        at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2020, by delivering to the within named
**ASHIRWAD GROUP LLC BY SERVING ITS REGISTERED AGENT SHETUL B.
MUCHHALA**, each, in person, a true copy of this citation together
with the accompanying copy of the petition, having first
attached such copy of such petition to such copy of citation and
endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

**SERVE**

2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

| CALENDAR CALL HEARING SET FOR |
| 04/15/2020 AT 1:30PM |

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   GERMAN RIOS JR
      1717 B CORTEZ                OR WHEREVER HE MAY BE FOUND
      LAREDO TX  78043                 VIA PRIVATE PROCESS.

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court** of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:

   MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
   INDIVIDUALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
   INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
   INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                          PLAINTIFFS
                             VS.
   JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
   & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING,  RAUL RAMIREZ,
            & WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
   JON B. ELLIS, ATTORNEY FOR PLAINTIFF
   8620 N. NEW BRAUNFELS AVE. SUITE 110
   SAN ANTONIO TX  78217

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.

             C  L  E  R  K    O  F    C  O  U  R  T

                        ESTHER DEGOLLADO
                        WEBB COUNTY DISTRICT CLERK
                        P.O. BOX 667
                        LAREDO, TX 78042

                  BY: _____ DEPUTY
                        Serenidad Diaz

2020CVF000220D3

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2020 at
_____ O'CLOCK _____.M.      Executed      at
_____, within the COUNTY of _____
at _____ O'CLOCK ____.M. on the _____ day of
_____, 2020, by delivering to the within named **GERMAN RIOS JR**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
                              DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and seal of office.

A True copy of the original. I certify,
the _6th_ day of _March_ 20 _20_
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law Webb County, Texas
By: _____ Deputy

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

**RETURN**

2020CVF000220D3

**CITATION**

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

| CALENDAR CALL HEARING SET FOR |
| 04/15/2020 AT 1:30PM |

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   GERMAN RIOS JR
      1717 B CORTEZ           OR WHEREVER HE MAY BE FOUND
      LAREDO TX  78043             VIA PRIVATE PROCESS.

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:

MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
INDIVUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
PLAINTIFFS
VS.
JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
& CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING,  RAUL RAMIREZ,
& WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
      JON B. ELLIS, ATTORNEY FOR PLAINTIFF
      8620 N. NEW BRAUNFELS AVE. SUITE 110
      SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.

C L E R K   O F   C O U R T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
          Serenidad Diaz

2020CVF000220D3

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 2020 at
_____   O'CLOCK _____.M.   Executed   at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2020, by delivering to the within named **GERMAN
RIOS JR**, each, in person, a true copy of this citation together
with the accompanying copy of the petition, having first
attached such copy of such petition to such copy of citation and
endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____

SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____

DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____

NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

SERVE
2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

> CALENDAR CALL HEARING SET FOR
> 04/15/2020 AT 1:30PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY.  IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:  CARLOS SANCHEZ
     4019 SANTA CLEOTILDE
     LAREDO TX  78041

OR WHEREVER HE MAY BE FOUND
VIA PRIVATE PROCESS.

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2020CVF000220D3, styled:

> MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
> INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
> INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
> INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
>                         PLAINTIFFS
>                            VS.
> JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
> & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING,  RAUL RAMIREZ,
>              & WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:

> JON B. ELLIS, ATTORNEY FOR PLAINTIFF
> 8620 N. NEW BRAUNFELS AVE. SUITE 110
> SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 5th day of February, 2020.

C L E R K   O F   C O U R T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
         Serenidad Diaz

2020CVF000220D3

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2020 at _____ O'CLOCK _____.M. Executed at _____, within the COUNTY of _____ at _____ O'CLOCK \_\_\_\_\_.M. on the _____ day of _____; 2020, by delivering to the within named **CARLOS SANCHEZ**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

_____

SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____

DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB      }**

Before me, the undersigned authority, on this day personally appeared _____; who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

NOTARY PUBLIC

MY COMMISSION EXPIRES

_____

A True copy of the original I certify.
the _6th_ day of _March_ 20 _20_
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law  Webb County, Texas
By _____ Deputy

**RETURN**

2020CVF000220D3

CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

> CALENDAR CALL HEARING SET FOR
> 04/15/2020 AT 1:30PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   CARLOS SANCHEZ
      4019 SANTA CLEOTILDE      OR WHEREVER HE MAY BE FOUND
      LAREDO TX  78041          VIA PRIVATE PROCESS.

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:
     MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
     INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
     INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
     INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                            PLAINTIFFS
                               VS.
     JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
     & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING, RAUL RAMIREZ,
               & WEEKS MARINE, INC., DEFENDANTS
Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
     JON B. ELLIS, ATTORNEY FOR PLAINTIFF
     8620 N. NEW BRAUNFELS AVE. SUITE 110
     SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.

                C L E R K   O F   C O U R T

                            ESTHER DEGOLLADO
                            WEBB COUNTY DISTRICT CLERK
                            P.O. BOX 667
                            LAREDO, TX 78042

                       BY: _____ DEPUTY
                            Serenidad Diaz

**OFFICER'S RETURN**                                    2020CVF000220D3

Came to hand on the _____ day of _____, 2020 at
_____       O'CLOCK       _____.M.       Executed       at
_____, within the COUNTY of _____
at  _____O'CLOCK _____.M.  on  the  _____  day  of
_____, 2020, by delivering to the within named **CARLOS
SANCHEZ**, each, in person, a true copy of this citation together
with the accompanying copy of the petition, having first
attached such copy of such petition to such copy of citation and
endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

                            _____

                            SHERIFF, CONSTABLE

                            _____ COUNTY, TEXAS

                    BY _____

                                                    DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB      }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

                            _____

                            NOTARY PUBLIC
                            MY COMMISSION EXPIRES

                            _____

**SERVE**
2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

> CALENDAR CALL HEARING SET FOR
> 04/15/2020 AT 1:30PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   GERMAN RIOS JR. & CARLOS SANCHEZ COLLECTIVELY D/B/A C & G TRUCKING
      BY SERVING THE GENERAL PARTNERS
      GERMAN RIOS JR.
      1717 B CORTEZ
      LAREDO TX 78043

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE **341st District Court** of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:
      MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
      INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
      INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
   INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                            PLAINTIFFS
                               VS.
   .JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
   & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING,  RAUL RAMIREZ,
                 & WEEKS MARINE, INC., DEFENDANTS
Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
      JON B. ELLIS, ATTORNEY FOR PLAINTIFF
      8620 N. NEW BRAUNFELS AVE. SUITE 110
      SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.

C L E R K   O F   C O U R T



ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
         Serenidad Diaz

2020CVF000220D3

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2020 at _____ O'CLOCK _____.M. Executed at _____ _____, within the COUNTY of _____ at _____ O'CLOCK _____.M. on the _____ day of _____, 2020, by delivering to the within named **GERMAN RIOS JR. & CARLOS SANCHEZ COLLECTIVELY D/B/A C & G TRUCKING BY SERVING THE GENERAL PARTNERS GERMAN RIOS JR.**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation     $ _____.

To certify which, witness my hand officially.

_____

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____

DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

A True copy of the original. I certify.
the _6th_ day of _March_ 20_20_
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law Webb County, Texas
By _____ Deputy

NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

**RETURN**

2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

> CALENDAR CALL HEARING SET FOR
> 04/15/2020 AT 1:30PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY.   IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   GERMAN RIOS JR. & CARLOS SANCHEZ COLLECTIVELY D/B/A C & G TRUCKING
      BY SERVING THE GENERAL PARTNERS
      GERMAN RIOS JR.
      1717 B CORTEZ
      LAREDO TX 78043

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:
      MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
      INDIVIDUALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
      INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
      INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                          PLAINTIFFS
                              VS.
   JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
   & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING,  RAUL RAMIREZ,
             & WEEKS MARINE, INC., DEFENDANTS
Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
      JON B. ELLIS, ATTORNEY FOR PLAINTIFF
      8620 N. NEW BRAUNFELS AVE. SUITE 110
      SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.



                    C  L  E  R  K    O  F    C  O  U  R  T

                              ESTHER DEGOLLADO
                              WEBB COUNTY DISTRICT CLERK
                              P.O. BOX 667
                              LAREDO, TX, 78042
                    BY: _____ DEPUTY
                              Serenidad Diaz

2020CVF000220D3

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2020 at
_____   O'CLOCK   _____.M.   Executed   at
_____, within the COUNTY of _____
at   _____   O'CLOCK   _____.M.   on   the   _____   day   of
_____, 2020, by delivering to the within named **GERMAN
RIOS JR. & CARLOS SANCHEZ COLLECTIVELY D/B/A C & G TRUCKING BY SERVING THE
GENERAL PARTNERS GERMAN RIOS JR.**, each, in person, a true copy of
this citation together with the accompanying copy of the
petition, having first attached such copy of such petition to
such copy of citation and endorsed on such copy of citation the
date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____

DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB      }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

SERVE
2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

| CALENDAR CALL HEARING SET FOR |
| 04/15/2020 AT 1:30PM |

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:     WEEKS MARINE, INC.
        BY SERVING ITS REGISTERED AGENT THOMAS P BOYNTON
        11011 RICHMOND AVENUE, SUITE 650
        HOUSTON TX 77042

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2020CVF000220D3, styled:

     MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
      INDIVIDUALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
       INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
   INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                            PLAINTIFFS
                              VS.
    JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
    & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING, RAUL RAMIREZ,
             & WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
        JON B. ELLIS, ATTORNEY FOR PLAINTIFF
        8620 N. NEW BRAUNFELS AVE. SUITE 110
        SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 5th day of February, 2020.

        C  L  E  R  K    O  F    C  O  U  R  T

                        ESTHER DEGOLLADO
                        WEBB COUNTY DISTRICT CLERK
                        P.O. BOX 667
                        LAREDO, TX 78042
                BY: _____  DEPUTY
                        Serenidad Diaz

2020CVF000220D3

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2020 at _____ O'CLOCK _____.M. Executed at _____, within the COUNTY of _____ at _____ O'CLOCK _____.M. on the _____ day of _____, 2020, by delivering to the within named **WEEKS MARINE, INC. BY SERVING ITS REGISTERED AGENT THOMAS P BOYNTON**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

A True copy of the original. I certify.
the _6th_ day of _March_ 20 _22_
ESTHER DEGOLLADO                                    NOTARY PUBLIC
Clerk of the District Courts and              MY COMMISSION EXPIRES
County Court at Law Webb County, Texas
By _____ Deputy                     _____

**RETURN**
2020CVF000220D3

**CITATION**

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

> CALENDAR CALL HEARING SET FOR
> 04/15/2020 AT 1:30PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:  WEEKS MARINE, INC.
     BY SERVING ITS REGISTERED AGENT THOMAS P BOYNTON
     11011 RICHMOND AVENUE, SUITE 650
     HOUSTON TX 77042

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court** of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:

   MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
    INDIVIDUALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
   INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
  INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                             PLAINTIFFS
                                 VS.
  JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
   & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING,  RAUL RAMIREZ,
          & WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
     JON B. ELLIS, ATTORNEY FOR PLAINTIFF
     8620 N. NEW BRAUNFELS AVE. SUITE 110
     SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.

        C L E R K   O F   C O U R T

                        ESTHER DEGOLLADO
                        WEBB COUNTY DISTRICT CLERK
                        P.O. BOX 667
                        LAREDO, TX 78042

              BY: _____ DEPUTY
                        Serenidad Diaz

2020CVF000220D3

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 2020 at
_____ O'CLOCK _____.M. Executed at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2020, by delivering to the within named **WEEKS MARINE, INC. BY SERVING ITS REGISTERED AGENT THOMAS P BOYNTON**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

```
                          _____
                          SHERIFF, CONSTABLE

                          _____ COUNTY, TEXAS

              BY _____
                                        DEPUTY
```

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

```
                          _____
                          NOTARY PUBLIC
                          MY COMMISSION EXPIRES

                          _____
```

SERVE
2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

| CALENDAR CALL HEARING SET FOR |
| 04/15/2020 AT 1:30PM |

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   RAUL RAMIREZ
      36215 COUNTY LINE ROAD       OR WHEREVER HE MAY BE FOUND
      BROOKSHIRE TX 77423              VIA PRIVATE PROCESS.

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:
   MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
   INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
   INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
   INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                           PLAINTIFFS
                              VS.
   JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
   & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING, RAUL RAMIREZ,
                   & WEEKS MARINE, INC., DEFENDANTS
Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
   JON B. ELLIS, ATTORNEY FOR PLAINTIFF
   8620 N. NEW BRAUNFELS AVE. SUITE 110
   SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.

            C L E R K   O F   C O U R T

                        ESTHER DEGOLLADO
                        WEBB COUNTY DISTRICT CLERK
                        P.O. BOX 667
                        LAREDO, TX 78042

                   BY: _____ DEPUTY
                        Serenidad Diaz

2020CVF000220D3

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2020 at _____ O'CLOCK _____.M. Executed at _____, within the COUNTY of _____ at _____ O'CLOCK _____.M. on the _____ day of _____, 2020, by delivering to the within named **RAUL RAMIREZ**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

A True copy of the original I certify
the  6th  day of  March  20 23

ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law  Webb County, Texas
By: _____ Deputy

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES
_____

**RETURN**

2020CVF000220D3

**CITATION**

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

> CALENDAR CALL HEARING SET FOR
> 04/15/2020 AT 1:30PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:  RAUL RAMIREZ
     36215 COUNTY LINE ROAD       OR WHEREVER HE MAY BE FOUND
     BROOKSHIRE TX 77423                VIA PRIVATE PROCESS.

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE **341st District Court** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2020CVF000220D3, styled:

    MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
     INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
     INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
    INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                            PLAINTIFFS
                               VS.

 JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
 & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING,  RAUL RAMIREZ,
                   & WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
     JON B. ELLIS, ATTORNEY FOR PLAINTIFF
     8620 N. NEW BRAUNFELS AVE. SUITE 110
     SAN ANTONIO TX 78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 5th day of February, 2020.

              C  L  E  R  K     O  F     C  O  U  R  T

                              ESTHER DEGOLLADO
                              WEBB COUNTY DISTRICT CLERK
                              P.O. BOX 667
                              LAREDO, TX 78042

                      BY: _____ DEPUTY
                              Serenidad Diaz

2020CVF000220D3

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2020 at
_____   O'CLOCK   _____.M.   Executed   at
_____, within the COUNTY of _____
at _____   O'CLOCK ____.M.   on   the   _____   day   of
_____, 2020, by delivering to the within named **RAUL
RAMIREZ**, each, in person, a true copy of this citation together
with the accompanying copy of the petition, having first
attached such copy of such petition to such copy of citation and
endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

Filed
2/18/2020 12:00 AM
Esther Degollado
District Clerk
Webb District
Frida Garcia
2020CVF000220D3

**RETURN**

2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

> CALENDAR CALL HEARING SET FOR
> 04/15/2020 AT 1:30PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:  WEEKS MARINE, INC.
     BY SERVING ITS REGISTERED AGENT THOMAS P BOYNTON
     11011 RICHMOND AVENUE, SUITE 650
     HOUSTON TX 77042

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:

   MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
   INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
   INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                         PLAINTIFFS
                            VS.
JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
& CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING,  RAUL RAMIREZ,
         &.WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
     JON B. ELLIS, ATTORNEY FOR PLAINTIFF
     8620 N. NEW BRAUNFELS AVE. SUITE 110
     SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.

          C L E R K    O F    C O U R T



                    ESTHER DEGOLLADO
                    WEBB COUNTY DISTRICT CLERK
                    P.O. BOX 667
                    LAREDO, TX 78042

          BY: _____ DEPUTY
                    Serenidad Diaz

2020CVF000220D3

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2020 at
_____ O'CLOCK _____.M.      Executed      at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2020, by delivering to the within named **WEEKS
MARINE, INC. BY SERVING ITS REGISTERED AGENT THOMAS P BOYNTON**, each,
in person, a true copy of this citation together with the
accompanying copy of the petition, having first attached such
copy of such petition to such copy of citation and endorsed on
such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

_____

SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____

DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB      }**

Before me, the undersigned authori~~___~~ ~~___~~s day personally
appeared _____ ~~_____~~ after being duly
sworn, upon oath said th~~___~~ ~~_____~~ the above is a
true copy, was by hi~~___~~ ~~_____~~ on the
_____ day ~~_____~~, _____.

SWORN TO AND SUBSC~~___~~ ~~ME~~ on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

*See Attached Affidavit*

_____

NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

CAUSE NO. 2020CVF000220D3

| | | |
|---|---|---|
| MA LOURDES GONZALEZ, ET AL | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| | § | |
| v. | § | 341st JUDICIAL DISTRICT |
| | § | |
| JIT TRANSPORT LLC, ET AL | § | |
| Defendants. | § | WEBB COUNTY, TEXAS |

## AFFIDAVIT OF PERSONAL SERVICE

Aaron Woodward appeared in person before me today and stated under oath:

"My name is Aaron Woodward.  I am over the age of eighteen years, and I am fully competent to make this affidavit.

"The following came to hand on **February 7, 2020** at **1839 hours**.

"On **February 13, 2020** at **1050 hours**, I personally delivered the following listed documents to **Weeks Marine, Inc., by serving its registered agent Thomas P. Boynton, at 11011 Richmond Avenue, Suite 650, Houston, Texas 77042, via U.S. certified mail restricted delivery, return receipt requested, tracking no. 70142870000223770305**:

1) Citation;
2) Plaintiffs' Original Petition, Requests for Disclosure, Lourdes Rodriguez De Gonzalez's First Set of Interrogatories to Defendants & Lourdes Rodriguez De Gonzalez's First Request for Production to Defendants;
3) Plaintiff Lourdes Rodriguez De Gonzalez First Requests for Production to Defendants LJIT Transport LLC, Ashirwad Group LLC, German Rios Jr., Carlos Sanchez, C & G Trucking, Raul Ramirez, and Weeks Marine Inc;
4) Decedent Roberto Gonzalez Jr Lourdes Rodriguez De Gonzalez First Requests for Production to Defendants JIT Transport LLC, Ashirwad Group LLC, German Rios Jr., Carlos Sanchez, C & G Trucking, Raul Ramirez, and Weeks Marine Inc.; and
5) Plaintiff Lourdes Rodriguez De Gonzalez First Set of Interrogatories to Defendant Weeks Marine Inc.

A True copy of the original. I certify.
the 6th day of March 20 20
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law. Webb County. Texas
By _____ Deputy

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Tex. R. Civ. P. as they apply to service of process. I am not a party to this suit nor related or affiliated with any parties herein and have no interest in the outcome of this suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Aaron Woodward

_10397 - 6/30/21_____
SCH No. / Exp Date

SIGNED under oath before me on this, the ___17th___ day of February 2020.



MICHELLE WOODWARD
Notary Public, State of Texas
Comm. Expires 05-27-2023
Notary ID 130239936

_____
Notary Public, State of Texas

A True copy of the original. I certify
the __6th__ day of __March__ 20 __2____
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law Webb County, Texas
By _____ Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WEEKS MARINE, INC.
C/O: THOMAS P BOYNTON
11011 RICHMOND AVENUE, SUITE 650
HOUSTON, TEXAS 77042

9590 9402 3168 7166 3359 79

2. Article Number (Transfer from service label)

7014 2870 0002 2377 0305

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

Filed
2/18/2020 12:00 AM
Esther Degollado
District Clerk
Webb District
Frida Garcia
2020CVF000220D3

**RETURN**

**2020CVF000220D3**

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

> CALENDAR CALL HEARING SET FOR
> 04/15/2020 AT 1:30PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:  RAUL RAMIREZ
     36215 COUNTY LINE ROAD        OR WHEREVER HE MAY BE FOUND
     BROOKSHIRE TX 77423              VIA PRIVATE PROCESS.

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2020CVF000220D3, styled:

MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
PLAINTIFFS
VS.
JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY, & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING, RAUL RAMIREZ, & WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
JON B. ELLIS, ATTORNEY FOR PLAINTIFF
8620 N. NEW BRAUNFELS AVE. SUITE 110
SAN ANTONIO TX 78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 5th day of February, 2020.

C L E R K   O F   C O U R T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
         Serenidad Diaz

**2020CVF000220D3**

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 2020 at
_____ O'CLOCK _____.M. Executed at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2020, by delivering to the within named **RAUL RAMIREZ**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____

DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB      }**

Before me, the undersigned _____ is day personally appeared _____ after being duly sworn, upon oath _____ the above is a true copy, _____

_____ on the
_____ _____, _____.

SWORN TO AND S_____ BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and seal of office.

*See Attached Affidavit*

A True copy of the original, I certify,
the **6th** day of **March**, 20 **20**
**ESTHER DEGOLLADO**
Clerk of the District Courts and
County Court at Law  Webb County, Texas
By: _____ Deputy

NOTARY PUBLIC

MY COMMISSION EXPIRES

_____

CAUSE NO. 2020CVF000220D3

| | | |
|---|---|---|
| MA LOURDES GONZALEZ INDIVIDUALLY, LOURDES | § | IN THE COURT OF |
| RODRIGUEZ DE GONZALEZ INDIVIDUALLY, LESLYE | § | |
| GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ | | |
| INDIVIDUALLY, LAURA GATICA INDIVIDUALLY, | | |
| ROBERTO GONZALEZ ANCIRA INDIVIDUALLY & AS | | |
| REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ | | |
| JR. | | |
| Plaintiff, | § | |
| VS. | § | WEBB COUNTY, |
| | § | |
| JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN | § | |
| RIOS JR. INDIVIDUALLY, & D/B/A C & G TRUCKING, | | |
| RAUL RAMIREZ, & WEEKS MARINE, INC. | | |
| Defendant. | § | 341ST JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE

On this day personally appeared John L. Preston, Sr. who, being by me duly sworn, deposed and said:

"The following came to hand on Feb 12, 2020, 4:06 pm,

CITATION, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS,

and was executed at 36215 County Line Rd, Brookshire, TX 77423 within the county of Waller at 05:49 PM on Wed, Feb 12 2020, by delivering a true copy to the within named

RAUL RAMIREZ

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_John L. Preston Sr_

John L. Preston, Sr.
Certification Number: #PSC0999
Certification Expiration: 08/30/2021

BEFORE ME, a Notary Public, on this day personally appeared John L. Preston, Sr., known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON FEBRUARY 13, 020

_Kerri Spykes_
Notary Public, State of Texas

KERRI SPYKES
Notary ID #11011380
My Commission Expires
May 1, 2022

A True copy of the original. I certify, the _6th_ day of _March_ 20 _20_
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law  Webb County, Texas
By _____ Deputy

RETURN

2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

> CALENDAR CALL HEARING SET FOR
> 04/15/2020 AT 1:30PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY  IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   CARLOS SANCHEZ         OR WHEREVER HE MAY BE FOUND
      4019 SANTA CLEOTILDE        VIA PRIVATE PROCESS.
      LAREDO TX  78041

DEFENDANT. IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2020CVF000220D3, styled:

MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ INDIVIUALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
PLAINTIFFS
VS.
JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY, & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING,  RAUL RAMIREZ, & WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
JON B. ELLIS, ATTORNEY FOR PLAINTIFF
8620 N. NEW BRAUNFELS AVE. SUITE 110
SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 5th day of February, 2020.

C L E R K   O F   C O U R T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
      Serenidad Diaz

2020CVF000220D3

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2020 at
_____ O'CLOCK _____.M.     Executed         at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2020, by delivering to the within named **CARLOS
SANCHEZ**, each, in person, a true copy of this citation together
with the accompanying copy of the petition, having first
attached such copy of such petition to such copy of citation and
endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.


_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
                                    DEPUTY

**THE STATE OF TEXAS** }
**COUNTY OF WEBB**     }

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.


_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

## PROCESS SERVER'S RETURN

CAUSE NO. _2020 CVF 000 220 D3_

STATE OF TEXAS

COUNTY OF WEBB

### AFFIDAVIT

BEFORE ME, a Notary Public in and for the State of Texas, came and appeared the undersigned, of legal age, who by me being first duly sworn, under oath hereby deposes and says,

"My name is GABRIEL A. HERNANDEZ. My place of business if 84 GROVELAREDO, TEXAS. I am duly authorized process server under Rule 103 of the Texas Rules of Civil Procedure." The foregoing instrument:

"CAME TO HAND on the _5_ day of _February_ 20 20

"IT WAS EXECUTED at _4019 SANTA CLEOTIDE Laredo TX 78041_ Within the County of _Webb_ at _6:15_ o'Clock _P_ .M. on the _15_ day of _February_ ,20 20 by delivering to the within named _CARLOS SANCHEZ_

in person, a true copy of this _CITATION PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSU LOUIDER RODRIGUEDE GONZALEZ'S FIRST SET OF INTERROGATORI TO DEFENDANT'S LOUIDIES RODRIGUEZ GONZALEZ'S FIRST REQUEST_
"IT WAS NOT EXECUT... u..on _FOR PRODUCTION TO DEFENDANT'S_

diligence used to executed being_____

and for the following reason_____

_____

Further Affiant Sayeth Not.

_Gabriel Hernandez_ PSC607

GABRIEL A. HERNANDEZ

SCH#0607     EXP DATE 09/30/21

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _18th_ of _January_ 20 20.

_____
Notary Public in and for the
State of *TEXAS*

A True copy of the original. I certify the _10th_ day of _March_ 20 _20_
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law Webb County, Texas
By_____ Deputy

**RETURN**

2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ 'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ 'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

> CALENDAR CALL HEARING SET FOR
> 04/15/2020 AT 1:30PM

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   GERMAN RIOS JR. & CARLOS SANCHEZ COLLECTIVELY D/B/A C & G TRUCKING
      BY SERVING THE GENERAL PARTNERS
      GERMAN RIOS JR.
      1717 B CORTEZ
      LAREDO TX 78043

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:

      MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
      INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
      INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
                         PLAINTIFFS
                           VS.
  JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
  & CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING, RAUL RAMIREZ,
               & WEEKS MARINE, INC., DEFENDANTS
Said Plaintiff's Petition was filed on 01/31/2020 in said court by:
      JON B. ELLIS, ATTORNEY FOR PLAINTIFF
      8620 N. NEW BRAUNFELS AVE. SUITE 110
      SAN ANTONIO TX  78217

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.

        C L E R K    O F    C O U R T

                        ESTHER DEGOLLADO
                        WEBB COUNTY DISTRICT CLERK
                        P.O. BOX 667
                        LAREDO, TX 78042

                  BY: _____ DEPUTY
                        Serenidad Diaz

**AFFIDAVIT OF SERVICE**

CAUSE NO. _2020CVF0002200D3_

STATE OF TEXAS

COUNTY OF WEBB

BEFORE ME, a Notary Public in and for the State of Texas, came and appeared the undersigned, of legal age, who by me being first duly sworn, under oath hereby deposes and says,

"My name **is GABRIEL A. HERNANDEZ**. My place of business if **84 GROVE LAREDO, TEXAS**. I am duly authorized process server under Rule 103 of the Texas Rules of Civil Procedure." This Affidavit if to certify the following:

"CAME TO HAND on the ___5___ day of ___February___ 20_20_

"I executed the foregoing Citation in naming _GERMAN RIOS Jr & CARLOS SANCHEZ RIOS Jr_ _COLLECTIVELY D/B/A CAGTRUCKING BY SERVING THE GENERAL PARTNERS_ as defendant on the ___5___ day of ___February___, 2020 by placing the Citation and a true copy of the pleading attached thereof in the United States Mail, Via Certified Mail No# _7019 1640 0001 0310 0672_ address _1717 B CORTEZ ST Laredo Texas 78041_

"RETURN RECIEPT REQUESTED" and delivery to the addressee only, after having first endorsed on said citation the date of mailing and the name and address of the with-in named recipient, to certify which witness my hand this ___14___ day of _February_ 20_20_

OR

"The forgoing Citation was not served upon _____
Due to the fact that: _____

Further Affiant Sayeth Not

_Gabriel A Hernandez_ PSC607

GABRIEL A. HERNANDEZ   PSC #607
EXP DATE   09/30/20

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this ___2___ of ___March___ 20_20_.

Notary Public in and for the
State of *TEXAS*

A True copy of the original, I certify,
the _6th_ day of _March_, 20_20_
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law, Webb County, Texas
By: _____ Deputy

# USPS Tracking®

FAQs >

Track Another Package  +

**Tracking Number:** 70191640000103100672

Remove ✕

Your item was delivered to an individual at the address at 2:51 pm on February 14, 2020 in LAREDO, TX 78043.

## ✅ Delivered

February 14, 2020 at 2:51 pm
Delivered, Left with Individual
LAREDO, TX 78043

Get Updates ∨

Feedback

Text & Email Updates                                ∨

Tracking History                                    ∨

Product Information                                 ∨

See Less ∧

2020CVF000220D3

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 2020 at _____ O'CLOCK _____.M. Executed at _____ , within the COUNTY of _____ at _____ O'CLOCK _____.M. on the _____ day of _____ , 2020, by delivering to the within named **GERMAN RIOS JR. & CARLOS SANCHEZ COLLECTIVELY D/B/A C & G TRUCKING BY SERVING THE GENERAL PARTNERS GERMAN RIOS JR.**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GERMAN RIOS Jr. A CARLOS Sanchez
COLLECTIVELY D/B/A C.G TRUCKING
BY SERVING THE GENERAL PARTNERS
GERMAN RIOS JR
1717 BCORTEZ
Laredo Texas 78043

|||||||||||||||||||||
9590 9402 5596 9274 1904 98

2. Article Number (Transfer from service label)
7019 1640 0001 0310 0672

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
G Rios   2/4/2020

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

CONSTABLE
_____ COUNTY, TEXAS
_____ DEPUTY

_____ s day personally _____ after being duly _____ n the above is a _____ true copy _____ was by him/her delivered to _____ on the _____ , _____

ORE ME on the _____ day of _____ to certify which witness my hand and

NOTARY PUBLIC
MY COMMISSION EXPIRES
_____

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $
Postmark Here

Postage
$
Total Postage and Fees
$

Sent To
German Rios Jr. & Carlos Sanchez D/B/A C&G Trucking
Street and Apt. No., or PO Box No.
1717 B Cortez
City, State, ZIP+4®
Laredo Texas 78043

7019 1640 0001 0310 0672

**RETURN**

2020CVF000220D3

## CITATION

PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE
GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

THE STATE OF TEXAS

COUNTY OF WEBB

CALENDAR CALL HEARING SET FOR
04/15/2020 AT 1:30PM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH
THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   GERMAN RIOS JR
      1717 B CORTEZ
      LAREDO TX  78043

OR WHEREVER HE MAY BE FOUND.
VIA PRIVATE PROCESS.

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, **YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE** 341st District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2020CVF000220D3, styled:

MA LOURDES GONZALEZ INDIVIUALLY, LOURDES RODRIGUEZ DE GONZALEZ
INDIVIUDALLY, LESLYLE GONZALEZ INDIVIDUALLY, CYNTHIA GONZALEZ
INDIVIDUALLY, LAURA GATICA INDIVIDUALLY ROBERTO GONZALEZ ANCIRA
INDIVIDUALLY & AS REPRESENTATIVE OF ESTATE OF ROBERTO GONZALEZ JR.,
PLAINTIFFS

VS.

JIT TRANSPORT LLC., ASHIRWAD GROUP LLC, GERMAN RIOS JR. INDIVIDUALLY,
& CARLOS SANCHEZ INDIVIDUALLY, & D/B/A C & G TRUCKING, RAUL RAMIREZ,
& WEEKS MARINE, INC., DEFENDANTS

Said Plaintiff's Petition was filed on 01/31/2020 in said court by:

JON B. ELLIS, ATTORNEY FOR PLAINTIFF
8620 N. NEW BRAUNFELS AVE. SUITE 110
SAN ANTONIO TX  78217

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued
and given under my hand and seal of said court at office, on this the
5th day of February, 2020.

C L E R K    O F    C O U R T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
        Serenidad Diaz

X German Rios      3:15 PM 2-15-20

2020CVF000220D3

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2020 at
_____ O'CLOCK _____.M. Executed at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2020, by delivering to the within named **GERMAN
RIOS JR**, each, in person, a true copy of this citation together
with the accompanying copy of the petition, having first
attached such copy of such petition to such copy of citation and
endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
                                   DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB    }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

## PROCESS SERVER'S RETURN

CAUSE NO. _2020 CVF000 220D3_

STATE OF TEXAS

COUNTY OF WEBB

### AFFIDAVIT

BEFORE ME, a Notary Public in and for the State of Texas, came and appeared the undersigned, of legal age, who by me being first duly sworn, under oath hereby deposes and says,

"My name is GABRIEL A. HERNANDEZ.  My place of business if 84 GROVELAREDO, TEXAS. I am duly authorized process server under Rule 103 of the Texas Rules of Civil Procedure." The foregoing instrument:

"CAME TO HAND on the _5_ day of _February_ 20,20

"IT WAS EXECUTED at _1717 B CORTEZ ST Laredo Tx 78041_ Within the County of _Webb_ at _3:15_ o'Clock _P_ .M. on the _15_ day of _February_ ,20 20 by delivering to the within named _GERMIAN RIOS JR_

in person, a true copy of this _CITATION AND PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE GONZALEZ FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE GONZALEZ'S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS_

diligence used to executed being _____

and for the following reason _____

_____

Further Affiant Sayeth Not.

GABRIEL A. HERNANDEZ

SCH#0607     EXP DATE 09/30/2 1

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _18th_ of _Ubruary_ 20 20

Notary Public in and for the
State of *TEXAS*

LETICIA PEREZ
NOTARY PUBLIC
STATE OF TEXAS
ID 5207885
EXP 07-21-2021

A True copy of the original. I certify,
the _6th_ day of _March_ 20 _20_
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law. Webb County. Texas
By: _____ Deputy

# ATTACHMENT 2

# REGISTER OF ACTIONS
## CASE NO. 2020CVF000220D3

MA LOURDES GONZALEZ,LOURDES RODRIGUEZ DE GONZALEZ,LESLYLE GONZALEZ,CYNTHIA GONZALEZ,LAURA GATICA,ROBERTO GONZALEZ ANCIRA VS. JIT TRANSPORT LLC,ASHIRWAD GROUP LLC,GERMAN RIOS JR.,CARLOS SANCHEZ,GERMAN RIOS JR. & CARLOS SANCHEZ,RAUL RAMIREZ,WEEKS MARINE INC.

§
§
§
§
§

Case Type: **Injury or Damage - Other Injury or Damage (DC)**
Subtype: **Other Injury or Damage (DC)**
Date Filed: **01/31/2020**
Location: **--341st District Court**

---

### PARTY INFORMATION

|  |  | **Attorneys** |
|---|---|---|
| Defendant | ASHIRWAD GROUP LLC | |
| Defendant | GERMAN RIOS JR. & CARLOS SANCHEZ | |
| Defendant | JIT TRANSPORT LLC | |
| Defendant | RAMIREZ, RAUL | |
| Defendant | RIOS JR., GERMAN | |
| Defendant | SANCHEZ, CARLOS | |
| Defendant | WEEKS MARINE INC. | |
| Plaintiff | GATICA, LAURA | JON B. ELLIS<br>*Retained*<br>2108329090 x2108024131(W) |
| Plaintiff | GONZALEZ ANCIRA, ROBERTO | JON B. ELLIS<br>*Retained*<br>2108329090 x2108024131(W) |
| Plaintiff | GONZALEZ, CYNTHIA | JON B. ELLIS<br>*Retained*<br>2108329090 x2108024131(W) |
| Plaintiff | GONZALEZ, LESLYLE | JON B. ELLIS<br>*Retained*<br>2108329090 x2108024131(W) |
| Plaintiff | GONZALEZ, MA LOURDES | JON B. ELLIS<br>*Retained*<br>2108329090 x2108024131(W) |
| Plaintiff | RODRIGUEZ DE GONZALEZ, LOURDES | JON B. ELLIS<br>*Retained*<br>2108329090 x2108024131(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 01/31/2020 | **Civil Case Filed (OCA)** |
| 01/31/2020 | **Original Petition**<br>*PLAINTIFFS ORIGINAL PETITION, REQUEST FOR DISCLOSURE, LOURDES RODRIGUEZ DE GONZALEZ'S FIRST SET OF INTERROGATORIES TO DEFENDANTS & LOURDES RODRIGUEZ DE GONZALEZ S FIRST REQUEST FOR PRODUCTION TO DEFENDANTS. (SD)* |
| 02/04/2020 | **Jury Demand**<br>*JURY DEMAND PAID BY ATTORNEY JON B. ELLIS. (SD)* |
| 02/04/2020 | **Calendar Call**<br>*FAXED CALENDAR CALL TO ATTORNEY JON B. ELLIS. (SD)* |
| 02/05/2020 | **Notes-Miscellaneous**<br>*AS PER ATTORNEY JOH ELLIS, ONLY ONE CITATION IS NECESSARY AT THIS TIME FOR GERMAN RIOS JR. & CARLOS SANCHEZ COLLECTIVELY D/B/A C & G TRUCKING. REQUESTING CITATION AS TO CARLOS SANCHEZ COLLECTIVELY D/B/A C & G TRUCKING BY* |

| Date | Event | | | |
|---|---|---|---|---|
| | SERVING THE GENERAL PARTNERS GERMAN RIOS JR. (SD) | | | |
| 02/05/2020 | **Citation-Issuance** | | | |
| | (2) CITATIONS ISSUED AS TO JIT TRANSPORT LLC BY SERVING ITS REGISTERED AGENT SHETUL B. MUCHHALA. PLACED ON PRIVATE SERVER BASKET. (SD) | | | |
| 02/05/2020 | **Citation-Issuance** | | | |
| | (2) CITATIONS ISSUED AS TO ASHIRWAD GROUP LLC BY SERVING ITS REGISTERED AGENT SHETUL B. MUCHHALA. PLACED ON PRIVATE SERVER BASKET. (SD) | | | |
| 02/05/2020 | **Citation-Issuance** | | | |
| | (2) CITATIONS ISSUED AS TO GERMAN RIOS JR.. PLACED ON PRIVATE SERVER BASKET. (SD) | | | |
| 02/05/2020 | **Citation-Issuance** | | | |
| | (2) CITATIONS ISSUED AS TO CARLOS SANCHEZ. PLACE ON PRIVATE SERVER BASKET. (SD) | | | |
| 02/05/2020 | **Citation-Issuance** | | | |
| | (2) CITATIONS ISSUED AS TO RAUL RAMIREZ. PLACED ON PRIVATE SERVER BASKET. (SD) | | | |
| 02/05/2020 | **Citation-Issuance** | | | |
| | (2) CITATIONS ISSUED AS TO WEEKS MARINE, INC. BY SERVING ITS REGISTERED AGENT THOMAS P BOYNTON. PLACED ON PRIVATE SERVER BASKET. (SD) | | | |
| 02/05/2020 | **Citation-Issuance** | | | |
| | (2) CITATIONS ISSUED AS TO GERMAN RIOS JR & CARLOS SANCHEZ COLLECTIVELY D/B/A C & G TRUCKING BY SERVING THE GENERAL PARTNERS GERMAN RIOS JR.. PLACE ON PRIVATE SERVER BASKET. (SD) | | | |
| 02/05/2020 | **Citation** | | | |
| | GERMAN RIOS JR. & CARLOS SANCHEZ | Served | 02/14/2020 | |
| | | Returned | 03/04/2020 | |
| 02/05/2020 | **Citation** | | | |
| | WEEKS MARINE INC. | Served | 02/13/2020 | |
| | | Returned | 02/18/2020 | |
| 02/05/2020 | **Citation** | | | |
| | RAMIREZ, RAUL | Served | 02/12/2020 | |
| | | Returned | 02/18/2020 | |
| 02/05/2020 | **Citation** | | | |
| | SANCHEZ, CARLOS | Served | 02/15/2020 | |
| | | Returned | 03/04/2020 | |
| 02/05/2020 | **Citation** | | | |
| | RIOS JR., GERMAN | Served | 02/15/2020 | |
| | | Returned | 03/04/2020 | |
| 02/05/2020 | **Citation** | | | |
| | ASHIRWAD GROUP LLC | Unserved | | |
| 02/05/2020 | **Citation** | | | |
| | JIT TRANSPORT LLC | Unserved | | |
| 02/18/2020 | **Citation Return-Executed** | | | |
| | CITATION RETURNED EXECUTED AS TO WEEKS MARINE INC. DATE OF SERVICE 02/13/2020 | | | |
| 02/18/2020 | **Citation Return-Executed** | | | |
| | CITATION RETURNED EXECUTED AS TO RAUL RAMIREZ. DATE OF SERVICE 02/12/2020 | | | |
| 03/04/2020 | **Citation Return-Executed** | | | |
| | CITATION RETURN EXECUTED AS TO GERMAN RIOS, JR. (DATE OF SERVICE 02/15/2020) | | | |
| 03/04/2020 | **Citation Return-Executed** | | | |
| | CITATION RETURN EXECUTED AS TO CARLOS SANCHEZ (DATE OF SERVICE 02/15/2020) | | | |
| 03/04/2020 | **Citation Return-Executed** | | | |
| | CITATION RETURN EXECUTED AS TO GERMAN RIOS JR. & CARLOS SANCHEZ COLLECTIVELY D/B/A C&G TRUCKING BY SERVING THE GENERAL PARTNERS (DATE OF SERVICE 02/14/2020) | | | |
| 03/05/2020 | **Letter** | | | |
| | LETTER FROM PARALEGAL KIMBERLY S. PELS (DATED 03/05/2020) RE: CERTIFIED COPIES OF ALL PLEADINGS, INCLUDING ALL CITATIONS AND SERVICE DOCUMENTS. | | | |
| 03/05/2020 | **Notes-Miscellaneous** | | | |
| | CALLED KIMBERLY PELS RE: CERTIFIED COPIES. KIMBERLEY STATED THEY WERE REQUESTING THE WHOLE FILE, WHICH INLCUDES 67 PAGES, AND WILL BE PAYING BY SENDING A CHECK THROUGH MAIL. | | | |
| 03/06/2020 | **Letter** | | | |
| | LETTER FROM PARALEGAL KIMBERLY S. PELS RE: PAYMENT FOR CERTIFIED COPIES. ATTACHED WITH SELF-ADDRESSED ENVELOPE. (FEES PAID) | | | |
| 03/06/2020 | **Notes-Miscellaneous** | | | |
| | CERTIFIED COPIES AND RECEIPT MAILED IN SELF ADDRESSED ENVELOPE VIA FEDEX EXPRESS. PICK UP NUMBER: LRDA68 | | | |
| 04/15/2020 | **Calendar Call**  (1:30 PM) (Judicial Officer Palomo, Beckie) | | | |

# ATTACHMENT 3

## <u>LIST OF COUNSEL OF RECORD</u>

Defendant, Weeks Marine, Inc. ("Weeks Marine"), in accordance with Local Rule 81,

submits the following list of counsel of record and parties represented:

1.    **Plaintiffs:**

MA LOURDES GONZALEZ
LOURDES RODRIGUEZ DE GONZALEZ
ROBERT GONZALEZ ANCIRA, INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE OF ROBERTO GONZALEZ JR.
through their counsel of record:
**Sadovsky & Ellis, PLLC**
Jon B. Ellis (State Bar No. 24080878)
8620 N. New Braunfels Avenue, Suite 110
San Antonio, Texas 78217
Telephone:      (210) 832-9090
Facsimile:      (210) 802-4131
E-Mail:          jon@sadovskyellis.com

              and

**THE ARMSTRONG FIRM, PLLC**
Ron W. Armstrong II (State Bar No. 24059394)
310 S. St. Mary's Street, Suite 2700
San Antonio, Texas 78205
Telephone:      (210) 277-0542
Facsimile:      (210) 277-0548
E-Mail:          rwaii@tafpllc.com

**Plaintiffs:**

LESLYLE GONZALEZ
CYNTHIA GONZALEZ
LAURA GATICA
through their counsel of record:
**THE CARLSON LAW FIRM**
Brantley W. White (State Bar No. 00789722)
E-Mail:        bwhite@whiteandcarlson.com
Steve S. Dummitt (State Bar No. 24082936)
E-Mail:        sdummit@carlsonattorneys.com
Cynthia N. De Santiago (State Bar No. 24090997)
E-Mail:        cdesantiago@carlsonattorneys.com
6243 I-10 # 205
San Antonio, Texas 78201
Telephone:      (210) 696-8600
Facsimile:      (210) 802-4131

2.      **Defendants:**

WEEKS MARINE, INC.
RAUL RAMIREZ
through their counsel of record:
**JONES WALKER LLP**
Jefferson R. Tillery (SDTX #295817)
C. Barrett Rice (SDTX #815456)
Jennifer A. David (SDTX #3229371)
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170-5100
Telephone:      (504) 582-8000
Facsimile:      (504) 589-8448
E-Mail:        jtillery@joneswalker.com
               brice@joneswalker.com
               jdavid@joneswalker.com

        and

**JONES WALKER LLP**
JUSTIN P. QUIN (TX Bar No. 24103893)
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone:    (713) 437-1877
Facsimile:    (713) 437-1949
E-Mail:         jquin@joneswalker.com

3.    **Parties Believed to Be Represented:**

JIT TRANSPORT LLC
ASHIRWAD GROUP LLC
through their counsel of record:
**BAIR HILTY, P.C.**
Wendi R. Ervin
14711 Pebble Bend Drive
Houston, Texas 77068
Telephone:    (713) 554-2623 (Direct)
                     (713) 862-5599 (Main)
Facsimile:    (713) 868-9444
E-Mail:        wervin@bairhilty.com

4.    **Parties Unrepresented**:

CARLOS SANCHEZ, INDIVIDUALLY AND
d/b/a C&G TRUCKING
4019 Santa Cleotilde
Laredo, Texas  78041
Telephone:    (252) 754-9512

GERMAN RIOS, INDIVIDUALLY AND
d/b/a C&G TRUCKING
1717 B. Cortez
Laredo, Texas 78043
Telephone:    (956) 206-2294
E-Mail:        german606.r@gmail.com