IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MA LOURDES GONZALEZ, | § | CIVIL ACTION |
| LOURDES RODRIGUEZ DE GONZALEZ, | § | |
| LESLYLE GONZALEZ, | § | NO. 5:20-cv-37 |
| CYNTHIA GONZALEZ, | § | |
| LAURA GATICA, and | § | JUDGE MARINA GARCIA MARMOLEJO |
| ROBERTO GONZALEZ ANCIRA, | § | |
| INDIVIDUALLY AND AS | § | MAGISTRATE JUDGE JOHN A. KAZEN |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF ROBERTO GONZALEZ JR. | § | |
|     *Plaintiffs*, | § | |
| | § | |
|     vs. | § | |
| | § | |
| JIT TRANSPORT LLC, | § | |
| ASHIRWAD GROUP LLC, | § | |
| GERMAN RIOS JR., INDIVIDUALLY, | § | |
| AND CARLOS SANCHEZ, | § | |
| INDIVIDUALLY AND d/b/a | § | |
| C&G TRUCKING, RAUL RAMIREZ, and | § | |
| WEEKS MARINE, INC. | § | |
|     *Defendants*. | § | |

## ORDER

Considering the above and foregoing Motion to Dismiss for Lack of Personal Jurisdiction filed on behalf of Weeks Marine, Inc.,

IT IS HEREBY ORDERED that Weeks Marine, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction is hereby **GRANTED**.

Laredo, Texas, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

{N3982566.1}